```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                     TAMPA DIVISION
```

ANAMARIA PENALOZA,

       Plaintiff,

v.                           CASE NO:   8:11-cv-2656-T-33AEP

TARGET CORPORATION,

       Defendant.
_____/

## ORDER

This cause comes before the Court sua sponte.  Plaintiff Anamaria Penaloza's Complaint, filed November 30, 2011, was signed by Jose Luis Penaloza, who does not appear to be an attorney, in addition to being signed by Plaintiff herself. (Doc. # 1).  Title 28 U.S.C. § 1654 states that "In all courts of the United States the parties may plead and conduct their own cases personally or by counsel...."  It appears that in this case the Plaintiff is neither conducting her own case nor using counsel.  Plaintiff may not allow a non-attorney to plead or conduct her case on her behalf.  See Ohio Nat'l Life Assurance Corp. v. Langkau, No. 3:06-cv-290-J-33MCR, 2007 WL 1951500, at  * 1-2 (M.D. Fla. July 2, 2007).  Plaintiff is reminded that even though proceeding pro se, she is still subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure.  Moon v. Newsome, 863 F.2d

835, 837 (11th Cir. 1989).

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Plaintiff's Complaint (Doc. # 1) is hereby **STRICKEN.** The Clerk is directed to return the Complaint to the Plaintiff.

(2) Plaintiff shall have until **January 3, 2012** to file a complaint signed by Plaintiff or by counsel representing Plaintiff. **Failure to do so may result in this case being dismissed without further notice.**

(3) Defendant's Motion to Dismiss (Doc. # 7) is **DENIED AS MOOT** with leave to re-file as necessary.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 22nd day of December, 2011.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Parties and Counsel of Record

2