```
                   UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

ANAMARIA PENALOZA,

        Plaintiff,

v.                           Case No. 8:11-cv-2656-T-33AEP

TARGET CORPORATION,

        Defendant.

_____/

**ORDER**

This matter comes before the Court pursuant to Plaintiff's Motion to Request Access to the Court's CM/ECF System (Doc. # 20), which was filed on March 12, 2012.

The Court grants the Motion and directs the Clerk to issue Plaintiff a CM/ECF account (login and password). However, Plaintiff is cautioned that she must comply with the Local Rules of the Middle District of Florida, the Federal Rules of Civil Procedure, and the Administrative Procedures for Electronic Filing. The Court directs Plaintiff to review these rules prior to filing any documents on CM/ECF. In addition, Plaintiff shall participate in CM/ECF training as soon as reasonably possible.

Should the Court determine that Plaintiff is abusing the privilege of e-filing on CM/ECF, the Court, in its sole discretion and without prior notice, may revoke Plaintiff's e-filer status.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Plaintiff's Motion to Request Access to the Court's CM/ECF System (Doc. # 20) is **GRANTED.**

(2) The Clerk is directed to issue Plaintiff a CM/ECF account as directed above.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 13th day of March, 2012.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel and Parties of Record